

# Service of Process Transmittal

09/14/2020
CT Log Number 538237811

| | |
|---|---|
| **TO:** | Sharon Moore<br>Bob Evans Restaurants, LLC<br>8111 Smiths Mill Rd<br>New Albany, OH 43054-1183 |
| **RE:** | **Process Served in West Virginia** |
| **FOR:** | Bob Evans Restaurants, LLC  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Bill Baumgarder and Julie Baumgarder, Pltfs. vs. Bob Evans Restaurants, LLC., etc., Dfts. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 20C280 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Charleston, WV |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 09/14/2020 postmarked on 09/09/2020 |
| **JURISDICTION SERVED :** | West Virginia |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 09/14/2020, Expected Purge Date: 09/19/2020<br><br>Image SOP<br><br>Email Notification,  Sharon Moore  sharon.moore@bobevans.com<br><br>Email Notification,  Jim Roberts  jim_roberts@bobevans.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604 |
| **For Questions:** | 866-331-2303<br>CentralTeam1@wolterskluwer.com |

Page 1 of  1 / JG

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

CERTIFIED MAIL

U.S. POSTAGE >> PITNEY BOWES
ZIP 25311 $ 006.45⁰
02 4W
0000336734 SEP. 09. 2020

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**Mac Warner**
Secretary of State
State of West Virginia
Phone: 304-558-6000
886-767-8683
Visit us online:
www.wvsos.com



USPS CERTIFIED MAIL™

9214 8901 1251 3410 0002 7641 32

BOB EVANS RESTAURANTS, LLC
C. T. Corporation System
1627 QUARRIER ST.
CHARLESTON, WV 25311

Control Number: 262763

Defendant: BOB EVANS RESTAURANTS, LLC
1627 QUARRIER ST.
CHARLESTON, WV 25311 US

Agent: C. T. Corporation System
County: Cabell
Civil Action: 20-C-280
Certified Number: 92148901125134100002764132
Service Date: 9/8/2020

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in your name and on your behalf.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on your behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office.***

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA

BILL BAUMGARDNER and
JULIE BAUMGARDNER,

        Plaintiffs,

v.

        CIVIL ACTION NO. 20-C-280
        JUDGE /s/ GREGORY L. HOWARD, JR.

BOB EVANS RESTAURANT,
LLC, d/b/a Bob Evans Restaurant,
121 Kinetic Drive, Huntington, WV,

        Defendant.

## SUMMONS

TO:   Bob Evans Restaurant, LLC
       c/o CT Corporation System
       1627 Quarrier Street
       Charleston, WV 25311

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon **R. Matthew Vital, Esquire**, Plaintiff's Attorney, whose address is **Vital & Vital, L.C., 536 Fifth Avenue, Huntington, WV 25701**, an Answer, including any related counter-claim you may have, to the Complaint filed against you in the above-styled action, a true copy of which is herewith delivered to you. You are required to serve your answer within thirty (30) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above-styled civil action.

Dated this 24 day of August, 2020.

/s/ JEFFREY E. HOOD
Clerk of Court

FILED

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA

2020 AUG 24 PM 2:40


J.E. HOOD
CIRCUIT CLERK
CABELL CO. WV

BILL BAUMGARDNER and
JULIE BAUMGARDNER,

        Plaintiffs,

v.

BOB EVANS RESTAURANT,
LLC, d/b/a Bob Evans Restaurant,
121 Kinetic Drive, Huntington, WV,

        Defendant.

CIVIL ACTION NO. 20-C-380
JUDGE /s/ GREGORY L. HOWARD, JR.

## COMPLAINT

Come now the Plaintiffs', Bill Baumgardner and Julie Baumgardner, by counsel, R. Matthew Vital and Vital & Vital, L.C., and bring forth this Complaint against the Defendant, Bob Evans Restaurant, LLC (herein referred to as "Bob Evans"), in the following manner:

## PARTIES

1. This is an action for damages in excess of the basic jurisdictional limits of this Court.

2. At all times hereinafter mentioned and at the time of the incident complained of, the Plaintiff, Bill Baumgardner, was a resident of Carter County in the Commonwealth of Kentucky.

3. At all times hereinafter mentioned and at the time of the incident complained of, the Plaintiff, Julie Baumgardner, was a resident of Carter County in the Commonwealth of Kentucky.

4. At all times hereinafter mentioned and at the time of the incident complained of, the Defendant, Bob Evans Restaurant, LLC, was an Ohio corporation doing business as Bob Evans Restaurant, 121 Kinetic Drive, Huntington, Cabell County, in the State of West Virginia.

## FACTUAL BACKGROUND

5. On or about July 12, 2019, the Plaintiffs, Bill Baumgardner and Julie Baumgardner, went onto the Defendant's premises to eat when the Plaintiff, Bill Bumgardner, was caused to slip and fall as a result of a dangerous and hazardous condition then and there present upon said premises, to-wit: slippery substance on the floor of said premises, with no measures taken by the Defendant to warn of such condition of which the Defendant had knowledge, or should had knowledge with the exercise of reasonable care.

6. As a direct and proximate result of the negligence of the Defendant, Bob Evans, the Plaintiff, Bill Baumgardner, sustained severe and permanent injuries as a result of the fall.

## NEGLIGENCE CLAIM

7. Plaintiffs restate the allegations contained above as if fully restated herein.

8. The Defendant, Bob Evans, knew, or in the exercise of reasonable care should have known, of the unreasonably dangerous condition of its premises, or Defendant created the unreasonable dangerous condition either through the acts of its employees, in its negligent maintenance of equipment, or in its negligent method of operation, and Defendant should have corrected the unreasonably dangerous condition or warned Plaintiffs of its existence.

9. As a direct and proximate result of the Defendant's breach of its duties, Plaintiff Bill Baumgardner suffered permanent bodily injury, and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of

hospitalization, medical and nursing care, treatment, and loss of earnings and/or ability to earn money. As the injuries are permanent, Plaintiff will continue to suffere losses in the future.

10. Plaintiff suffered damages and continued to suffer damages, as a result of Defendant's negligence in an amount in excess of the minimum dollar amount necessary to establish the jurisdiction of this Court.

## LOSS OF CONSORTIUM CLAIM

11. Plaintiffs restate the allegations contained above as if fully restated herein.

12. By reason of the severe and permanent injuries suffered by her spouse, Plaintiff Bill Baumgardner, as a result of the Defendant's negligence, Plaintiff Julie Baumgardner has suffered the loss of services, assistance, aid, society, companionship, and conjugal relationship which were and are of great value to Plaintiff.

13. The Plaintiff, Julie Baumgardner's damages for loss of consortium, are in an amount in excess of the minimum dollar amount necessary to establish the jurisdiction of this Court.

WHEREFORE, the Plaintiffs, Bill Baumgardner and Julie Baumgardner, demand judgment against the Defendant, Bob Evans, in an amount to be determind exceeding the jurisdictional minimum of this Court sufficient to compensate Plaintiffs for their damages herein, including, but not limited to those damages listed below:

1. As a direct and proximate result of the Defendant's negligence, the Plaintiff, Bill Baumgardner, was damages as follows: medical expenses, future medical expenses, past and future pain and suffering, both mental and physical, loss of income, impairment of his ability both temporary and permanent to earn mone;

2. As a direct and proximate result of the Defendant's negligence, Plaintiff, Julie Baumgardner, was damages as follows: the loss of services, assistance, aid, society, companionship, and conjugal relationship.

3. Plaintiffs are also entitled to their costs, a reasonable attorney's fee, trial by jury, and all other relief to which the Plaintiffs may be entitled in law or in equity.

                    BILL BAUMGARDNER and
                    JULIE BAUMGARDNER,

                    By Counsel,

_____  
R. Matthew Vital, Esquire (WV Bar #7246)  
VITAL & VITAL, L.C.  
536 Fifth Avenue  
Huntington, WV 25701  
(304) 525-0320  
*Counsel for Plaintiffs*