UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION
CIVIL ACTION NO. 3:20-0615

BILL BAUMGARDNER AND JULIE BAUMGARDNER,                    PLAINTIFFS,

Vs.

BOB EVANS RESTAURANT, LLC, D/B/A BOB EVANS                 DEFENDANTS,
RESTAURANT,

## AGREED ORDER OF SETTLEMENT AND DISMISSAL

MAY IT PLEASE THE COURT:

The parties hereto being in agreement as to the dismissal of all claims of the Plaintiffs, Bill Baumgardner and Julie Baumgardner, against the Defendant, Bob Evans Restaurant, LLC, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED AND AGREED AS FOLLOWS:**

1.   That the Complaint of Plaintiffs, Bill Baumgardner and Julie Baumgardner, against the Defendant, Bob Evans Restaurants, LLC, be and hereby is DISMISSED, with prejudice, and each party to bear their own costs..

ENTERED, this the ____ day of ____, 2021.

_____
JUDGE, U.S. DISTRICT COURT

1

HAVE SEEN AND AGREED:

/s/ William H. Wilhoit
HON. WILLIAM H. WILHOIT
HON. R. MATTHEW VITAL
COUNSEL FOR PLAINTIFFS

/s/ Kristine M. Maher
HON. KRISTINE M. MAHER
COUNSEL FOR DEFENDANT,

## **CLERK'S CERTIFICATE**

This is to certify that a true copy of the foregoing was mailed to the following counsel of record this _____ day of _____, 2021.

Hon. William H. Wilhoit
Wilhoit Law Office
P.O. Box 35
Grayson, KY 41143

Hon. R. Matthew Vital
Vital & Vital
536 Fifth Avenue
Huntington, WV 25701

Hon. Kristine M. Maher
Graydon Head & Ritchey LLP
312 Walnut Street, Ste. 1800
Cincinnati, OH 45202

By:_____
   CLERK